IN THE CIRCUIT COURT OF THE
SECOND JUDICIAL CIRCUIT, IN
AND FOR LEON COUNTY, FLORIDA

LORIANNE AUGUST,

    Plaintiff,

vs.

CASE NO. 09-CA 1480
FLA BAR NO. 0739685

AFFORDABLE DENTURES DENTAL
LABORATORIES, INC.,

    Defendant.

_____/

## COMPLAINT

Plaintiff, LORIANNE AUGUST, hereby sues Defendant, AFFORDABLE DENTURES DENTAL LABORATORIES, INC., and alleges:

### NATURE OF THE ACTION

1. This is an action brought under Chapter 760, Florida Statutes and 42 U.S.C. §2000e et seq.

2. This is an action involving claims which are, individually, in excess of Fifteen Thousand Dollars ($15,000.00), exclusive of costs and interest.

### THE PARTIES

3. At all times pertinent hereto, Plaintiff, LORIANNE AUGUST has been a resident of the State of Florida and was employed by Defendant. Plaintiff is a member of a protected class due to her gender, female and the fact that she reported discrimination adversely affecting her and she was the victim of retaliation thereafter.

4. At all times pertinent hereto, Defendant, AFFORDABLE DENTURES DENTAL

Exhibit "B"

LABORATORIES, INC., has been conducting business in the State of Florida and more particularly, in Leon County, Florida. At all times pertinent to this action, Defendant has been an "employer" as that term is used under the applicable laws identified above.

5. Plaintiff has satisfied all conditions precedent to bringing this action in that she filed a charge of discrimination with the Florida Commission on Human Relations and properly removed her charge therefrom, after the expiration of 180 days, as authorized under §760.11, Florida Statutes. This action is timely brought thereafter. She also filed an administrative charge of discrimination with the EEOC.

## STATEMENT OF THE ULTIMATE FACTS

6. Plaintiff, a white female, was first employed by Defendant in or about February 2006. During the course of her employment she was given the position of Acting Manager, and remained at the same salary, due to the quality of her work, even after a permanent manager was chosen and she no longer held that position. However, she was exposed to vulgar and disgraceful sexual acts and discussions by and between a manager and one of her female coworkers. After Plaintiff exercised her right to oppose and to object to these unlawful practiced, Plaintiff was fired for pretextual reasons.

7. Plaintiff has retained the undersigned to represent her interests in this cause and is obligated to pay her a fee for her services. Defendant should be made to pay said fee under §760.11, Florida Statutes, and 42 U.S.C. §2000e et seq..

## COUNT I

### GENDER DISCRIMINATION

8. Paragraphs 1-7 are realleged and incorporated herein by reference.

9. This is an action against Defendant for gender discrimination.

2

10. Defendant has taken action and allowed action to be taken against Plaintiff because she is female. During Plaintiff's employment with Defendant, she has was the victim of harassment and disparate treatment based on gender with no action taken by Defendant to prevent or otherwise correct a known problem. Then after notice of gender harassment and other forms of discrimination described more fully herein, Defendant delayed in taking action and caused additional harassment and harm to Plaintiff including without limitation her termination.

11. Defendant knew or should have known of the sex/gender based discrimination perpetuated against Plaintiff and failed to take prompt and adequate remedial action or took no action at all to prevent the abuses to Plaintiff. The events set forth herein lead, at least in part, to Plaintiff's termination.

12. Defendant knowingly condoned and ratified the discrimination set forth above.

13. The discrimination complained of herein affected a term, condition, or privilege of Plaintiff's continued employment with Defendant.

14. Defendant's conduct and omissions constitute intentional discrimination and unlawful employment practices based upon gender/sex in violation of the state and federal laws applicable to this action.

15. As a direct and proximate result of Defendant's conduct described above, Plaintiff has suffered emotional distress, mental pain and suffering, past and future pecuniary losses, inconvenience, mental anguish, loss of enjoyment of life and other non-pecuniary losses, along with lost back and front pay, interest on pay, bonuses, and other tangible and intangible damages. These damages have occurred in the past, are permanent and continuing.

16. Plaintiff is entitled to punitive damages.

## COUNT II

## RETALIATION

17. Paragraphs 1-7 are hereby realleged and reincorporated as if set forth in full herein.

18. Defendant is an employer as that term is used under the applicable statutes referenced above.

19. The foregoing allegations establish a cause of action for unlawful retaliation after Plaintiff reported unlawful employment practices adversely affecting her under 42 U.S.C § 2000e *et seq.* and Chapter 760, Florida Statutes.

20. The foregoing unlawful actions by Defendant were purposeful.

21. Plaintiff voiced opposition to unlawful employment practices during her employment with Defendant and she was the victim of retaliation thereafter, as related in part above. The events set forth herein lead, at least in part, to Plaintiff's termination.

22. Plaintiff is a member of a protected class because she reported unlawful employment practices and was the victim of retaliation thereafter. There is thus a causal connection between the reporting of the unlawful employment practices and the adverse employment action taken thereafter.

23. As a direct and proximate result of the foregoing unlawful acts and omissions, Plaintiff has suffered mental anguish, emotional distress, expense, loss of benefits, embarrassment, humiliation, damage to reputation, illness, lost wages, loss of capacity for the enjoyment of life, and other tangible and intangible damages. These damages are continuing and are permanent.

24. Plaintiff is entitled to punitive damages.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for the following relief:

4

(a) that process issue and this Court take jurisdiction over this case;

(b) that this Court grant equitable relief against Defendant under the applicable counts set forth above, mandating Defendant's obedience to the laws enumerated herein and providing other equitable relief to Plaintiff;

(c) enter judgment against Defendant and for Plaintiff awarding damages to Plaintiff from Defendant for Defendant's violations of law enumerated herein;

(d) enter judgment against Defendant and for Plaintiff permanently enjoining Defendant from future violations of federal law enumerated herein;

(e) enter judgment against Defendant and for Plaintiff awarding Plaintiff attorney's fees and costs; and

(f) grant such other further relief as being just and proper under the circumstances

### DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury on all issues set forth herein which are so triable.

DATED this 15 day of April 2009.

MARIE A. MATTOX, P.A.
310 East Bradford Road
Tallahassee, FL 32303
(850) 383-4800 (telephone)
(850) 383-4801 (facsimile)

_____
Marie A. Mattox
ATTORNEYS FOR PLAINTIFF